# VULLINGS LAW GROUP, LLC

Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA 19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in PA, NJ, NY & DC

bvullings@vullingslaw.com

January 13, 2014

Honorable Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Neil Klein v. EOS CCA & Time Warner Cable
            No. 1:13-cv-05368-WFK-SMG

Your Honor:

Kindly be advised the above referenced matter has been settled. We are waiting for circulation of the proposed release in order to finalize the settlement.

Thank you for your time in this matter.

Sincerely,

Brent F. Vullings, Esq.

BFV:aa